UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

D-1 IVAN ARMSTRONG,

        Defendant.
_____/

Case: 2:21-cr-20040
Judge: Murphy, Stephen J.
MJ: Patti, Anthony P.
Filed: 01-27-2021 At 04:34 PM
INDI USA V IVAN ARMSTRONG (LG)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

(18 U.S.C. §2119 - *Carjacking*)

D-1 IVAN ARMSTRONG

That on or about April 3, 2020, in the Eastern District of Michigan, Southern Division, defendant IVAN ARMSTRONG, with the intent to cause death or great bodily harm, did intentionally take a 2003 Hyundai Sonata that had been previously shipped in interstate or foreign commerce from the person or presence of another, and did so by

1

force, violence and intimidation, all in violation of Title 18, United States Code, Section 2119.

## COUNT TWO

(18 U.S.C. §924(c) – *Brandishing a Firearm During and in Relation to a Crime of Violence*)

D-1 IVAN ARMSTRONG

That on or about April 3, 2020, in the Eastern District of Michigan, Southern Division, defendant IVAN ARMSTRONG did use, carry and brandish a firearm, during and in relation to the commission of a crime of violence for which the defendant IVAN ARMSTRONG may be prosecuted in a court of the United States, that is, Carjacking as alleged in Count One of this indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE

(18 U.S.C. §922(g)(1) - *Felon in possession of a firearm*)

D-1 IVAN ARMSTRONG

That on or about April 3, 2020, in the Eastern District of Michigan, Southern Division, the defendant, IVAN ARMSTRONG, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year, a felony offense, did knowingly and

2

unlawfully possess a firearm, to-wit: one Ruger, 9 mm pistol, which was manufactured outside the State of Michigan and thus traveled in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

**THIS IS A TRUE BILL.**

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

MATTHEW A. ROTH
Chief, Major Crimes Unit

*s/Jeanine Brunson*
JEANINE BRUNSON
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3211
(313) 226-9597
Jeanine.Brunson@usdoj.gov

Dated: January 27, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cove | Case: 2:21-cr-20040<br>Judge: Murphy, Stephen J.<br>MJ: Patti, Anthony P.<br>Filed: 01-27-2021 At 04:34 PM<br>INDI USA V IVAN ARMSTRONG (LG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comple

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: CBC |

**Case Title:** USA v. IVAN ARMSTRONG

**County where offense occurred:** Wayne

**Check One:**  ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
✓ Indictment/____Information --- based upon prior complaint [Case number: 20-mj-30148 ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

January 27, 2021
Date

*/s/ Caitlin Casey*
Jeanine Brunson
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9597
Fax: (313) 226-2372
E-Mail address: jeanine.brunson@usdoj.gov
Attorney Bar #: P55429

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.